UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

Greg Lawrence Austin,            No. 15-11181

                             Chapter 13
                 Debtor(s).
_____/

## Memorandum

Before the court can make the good faith findings requested by the Debtor, the court needs to know the full name of the buyer, how the property was marketed, and all relationships and connections between the Debtor and the buyer. The Debtor shall file a declaration stating this information forthwith.

Dated: January 18, 2016

                                             Alan Jaroslovsky
                                             U.S. Bankruptcy Judge